**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRANDON GROSSINGER,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-4820** |
| | : | |
| **GOOGLE LLC, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 26th day of August, 2026, upon consideration of Plaintiff Brandon Grossinger's *pro se* Motions to Proceed *In Forma Pauperis* (ECF Nos. 5 & 6), Complaint (ECF No. 1), "Master Motion for ADA Accommodation, Stay of Deadlines, and Leave to File Based on Newly Discovered Evidence of Systemic Rights Violations" (ECF No. 7), and "Emergency Motion for Temporary Restraining Order, Order to Restore Access, Order to Show Cause for Civil Contempt and Sanctions, and Criminal Referral for Computer Fraud and Abuse" (ECF No. 9), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons stated in the Court's Memorandum as follows:

   a. The ADA claim is **DISMISSED WITH PREJUDICE**.

   b. All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4. The "Master Motion" (ECF No. 7) is **DENIED**.

5. The Emergency Motion for Temporary Restraining Order (ECF No. 9) is **DENIED**.

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

---

**WENDY BEETLESTONE, C. J.**